**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN MICHAELS and EMPOWERED MEDIA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREENBERG TAURIG, LLP, and DAVID P. MARKMAN, and DOES 1-100,<br><br>Defendants. | Case No.: CV 17-1645-DMG (FFMx)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO REMAND [30]** |
| GREENBERG TRAURIG, LLP and DAVID P. MARKMAN,<br><br>Counterclaimants,<br><br>v.<br><br>JILLIAN MICHAELS, EMPOWERED MEDIA, LLC, THINCARE INTERNATIONAL, LLC, and BASIC RESEARCH, LLC<br><br>Counterclaim-Defendants. | |

1  The Court, having reviewed the Parties' joint motion and stipulation to remand (the
2  "Motion"), being duly advised and upon good cause shown, hereby **GRANTS** the
3  Motion, and hereby **ORDERS** that the above-captioned case be **REMANDED** to the
4  Superior Court of the State of California for the County of Los Angeles.
5  The Clerk shall remand this action to the Superior Court of California, Los Angeles
6  County.  All scheduled dates and deadlines are vacated.
7  IT IS SO ORDERED.

DATED:  March 27, 2017

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE